UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                Plaintiff,

    - against -

SHEA REALTY, INC., ET AL.,

                Defendants.

23-cv-2454 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond to the complaint is extended to **May 10, 2023**. If the defendants fail to respond by that date, the plaintiff may move by order to show cause for default judgments by **May 31, 2023**. If the plaintiff fails to move for default judgments by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
             April 26, 2023
             27

                                          John G. Koeltl
                                  United States District Judge