```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHAEL ADAMS,

                Plaintiff,

  - against -

SHEA REALTY, INC., ET AL.,

                Defendants.

23-cv-2454 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 20, 2023.

SO ORDERED.

Dated:  New York, New York
         June 6, 2023

                                                  _____
                                                    John G. Koeltl
                                         United States District Judge